# UNITED STATES DISTRICT COURT
for the
## Eastern District of Washington

| | |
|---|---|
| WRB, INC., a Minnesota Corporation, <br><br> *Plaintiff(s)* <br> v. <br> Vision Marketing, LLC, a Wahsington, LLC; Oktoberfest at the River, a Washington unregister partnership; and THOMAS STEBBINS and KAREN STEBBINS, individually and on behalf of their marital community, <br><br> *Defendant(s)* | Civil Action No. 2:16-cv-00436-RMP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THOMAS STEBBINS
N 12428 W NEWMAN LAKE DR
NEWMAN LAKE, WA 99025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ROBIN L. HAYNES
MCNEICE WHEELER, PLLC
11404 E SPRAGUE AVE
SPOKANE, WA 99206
robin@mcneicewheeler.com
509-928-4141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Dec 13, 2016, 3:47 pm

Date

**SEAN F. McAVOY, Clerk**

