FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2018

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WRB, INC., a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>VISION MARKETING, LLC a Washington LLC; OKTOBERFEST AT THE RIVER, a Washington unregistered partnership; THOMAS STEBBINS and KAREN STEBBINS, individually and on behalf of their marital community,<br><br>Defendants. | NO: 2:16-CV-436-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice, ECF No. 73. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. 73**, is

    **APPROVED**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

5. Judgment shall be entered dismissing all claims against Defendants with prejudice.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter Judgment as directed, provide copies to counsel, and **close this case**.

**DATED** May 8, 2018.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2